UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>        Plaintiff,<br><br>v.<br><br>ABBOTT GMBH & CO., KG<br><br>        Defendant. | Civil Action No. 4:10-cv-40003-FDS |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), please take notice that Paul B. Keller of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel for Defendant Abbott GmbH & Co., KG in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| March 16, 2010 | /s/ William F. Lee |
|  | William F. Lee (BBO #291960) |
|  | WILMER CUTLER PICKERING |
|  | HALE AND DORR LLP |
|  | 60 State Street |
|  | Boston, Massachusetts 02109 |
|  | Tel: (617) 526-6000 |
|  | Fax: (617) 526-5000 |
|  | *Attorney for Abbott GmBH & Co., KG, and Abbott Bioresearch Center, Inc.* |

OF COUNSEL:

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Amy K. Wigmore (admitted *pro hac vice*)
Amy J. Nelson (admitted *pro hac vice*)
Meaghan Davant (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

## CERTIFICATE OF SERVICE

  I certify that, on March 16, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

              /s/ William F. Lee

- 3 -

US1DOCS 7480637v1