# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABBOTT GMBH & CO., KG; ABBOTT BIORESEARCH CENTER, INC.; and ABBOTT BIOTECHNOLOGY LTD., now known as ABBVIE BIOTECHNOLOGY, LTD, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN BIOTECH, INC., formerly known as CENTOCOR ORTHO BIOTECH, INC., and CENTOCOR BIOLOGICS, LCC, <br><br> Defendants. | Civil Action No. <br> 10-40003-FDS |

## ORDER

Upon consideration of Abbott's Unopposed Motion Pursuant to 35 U.S.C. § 146 to Admit the Record of the U.S. Patent and Trademark Office from Interference No. 105,592 McK, it is hereby ORDERED that:

Pursuant to 35 U.S.C. § 146, the record from Patent Interference No. 105,592 McK shall be admitted into evidence in this case, and the testimony and exhibits of the record in the Patent and Trademark Office shall have the same effect as if originally taken and produced in this case.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:   September 4, 2012