# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 4:10-CV-40003 (FDS) |
| | ) |
| ABBOTT GMBH & CO., KG, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PARTY NAME CHANGE

Please take notice that the name of Abbott GmbH & Co. KG has been changed to "AbbVie Deutschland GmbH & Co. KG." The address and telephone number of the company have not been affected by this change.

Dated: December 19, 2012

Respectfully Submitted,

/s/ Robert J. Gunther, Jr.

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Anne-Marie Yvon (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
Paula Estrada de Martin (admitted *pro hac vice*)
Barish Ozdamar (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee (BBO #291960)
Anne M. McLaughlin (BBO # 666081)
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain (BBO # 332510)
Amy K. Wigmore (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Rachel L. Weiner (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
Arthur W. Coviello (BBO # 670152)
WILMER CUTLER PICKERING
HALE and DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Defendant Abbott GmH & Co. KG.*

CERTIFICATE OF SERVICE

      I certify that, on December 19, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/ Rachel L. Weiner
                                      Rachel L. Weiner