UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTOCOR ORTHO BIOTECH, INC.
       Plaintiff

v.          CIVIL ACTION NO. 4:10-40003 - FDS

ABBOTT GMBH & CO., KG,
       Defendant

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

In accordance with the ruling of the Court on March 8, 2013, and pursuant to 35 U.S.C. § 146, judgment for CENTOCOR ORTHO BIOTECH, INC., shall enter as to all claims.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR CENTOCOR ORTHO BIOTECH, INC., PURSUANT TO THE VERDICT ENTERED ON SEPTEMBER 25, 2012, IN CASE 4:09-CV-11340-FDS.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: March 13, 2013      By /s/ Pietro Cicolini
                                               Deputy Clerk