**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) 10-40003-FDS |
| ABBOTT GMBH & CO., | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant AbbVie Deutschland GmbH & Co. KG (formerly Abbott GmbH & Co. KG) appeals to the United States Court of Appeals for the Federal Circuit from the Order and Judgment entered in this case on March 13, 2013 (Dkt. 75), and from all other orders, rulings, findings, and conclusions underlying and related to that orders, including but not limited to the Memorandum and Order on Motion for Judgment as a Matter of Law entered in Civil Action No. 09-11340 on March 8, 2013 (Dkt. 540), the Court's denial from the bench of Plaintiffs' Motion for New Trial in Civil Action No. 09-11340 on March 8, 2013 (Dkt. 541), the Judgment entered by the Court in Civil Action No. 09-11340 on October 15, 2012 (Dkt. 513), the Court's Memorandum and Order in Civil Action No. 09-11340 dated March 9, 2012 (Dkt. 333), and the Court's Memorandum and Order in Civil Action No. 09-11340 dated May 4, 2012 (Dkt. 341).

                                        Respectfully submitted,

Dated: April 5, 2013                /s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee (BBO #291960)
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

William G. McElwain (BBO # 332510)
Amy K. Wigmore (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Rachel L. Weiner (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
Arthur W. Coviello (BBO # 670152)
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for AbbVie Deutschland GmbH & Co., KG; AbbVie Bioresearch Center, Inc.; and AbbVie Biotechnology Ltd.*

CERTIFICATE OF SERVICE

      I certify that, on April 5, 2013, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.