Form 7

FORM 7.   Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓]   United States District Court for the ___District of Massachusetts___

[ ]   United States Court of International Trade

[ ]   United States Court of Federal Claims

[ ]   United States Court of Appeals for Veterans Claims

Type of case: ___35 U.S.C. 146 Patent___

___Centocor Ortho Biotech, Inc.___ v. ___Abbott GmbH & Co., KG___

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. ___10cv40003-FDS___         Date of Judgment or Order ___March 13, 2013___

Cross or related appeal? ___09cv11340-FDS___    Date of Notice of Appeal ___April 5, 2013___

Appellant is:  [ ] Plaintiff   [✓] Defendant   [ ] Other (explain)_____

FEES:   Court of Appeals docket fee paid?   [✓] Yes   [ ] No

          U.S. Appeal?                   [ ] Yes   [✓] No

          In forma pauperis?             [ ] Yes   [✓] No

Is this matter under seal?   [ ] Yes   [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

Angela Verrecchio
Akin Gump Strauss Hauer & Feld LLP
Suite 1400
Two Commerce Square
2001 Market Street
Philadelphia PA 19103-7013
Tel: (215)-965-1200

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
Tel: (212)230-8800

COURT REPORTER: (Name and telephone): ___Valerie O'Hara (978)-457-5871___

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439